| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 18 mins. | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Ivy Lerma Garcia | LIBERTY DIGITAL RECORDING<br>10:38-10:56 | |
| CHIEF MAGISTRATE JUDGE<br>DONNA M. RYU | DATE<br>4/30/25 | NEW CASE ☐ | CASE NUMBER<br>4:25-mj-70488-MAG-1 |

## APPEARANCES

| DEFENDANT<br>ERIK ANTONIO CONTRERAS | AGE | CUST AGENT'S<br>P | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Joyce Leavitt | PD. ☐ RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Zachary Glimcher | | INTERPRETER | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Reanna Agah | | ☐ DEF ELIGIBLE FOR APPT'D COUNSEL | | ☐ PARTIAL PAYMENT OF CJA FEES ☐ |

## PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR HELD 17 mins. | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS TRIAL SET |
|---|---|---|---|---|
| ☒ I.D. COUNSEL HELD 1 min. | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV ON S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

## INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

## ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

## RELEASE

| ☐ RELEASED ON O/R | ☒ ISSUED $25,000 APPEARANCE BOND UNSECURED | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| ☐ PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐<br>POST BAIL | | REAL PROPERTY: ☐ |
| ☐ MOTION FOR DETENTION | ☒ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☒ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

## PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

## CONTINUANCE

| TO:<br>5/5/25 | ☒ ATTY APPT HEARING (PRIVATE) | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS TRIAL SET |
|---|---|---|---|---|
| AT:<br>10:30 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☒ STATUS RE: PRELIMINARY HRG./ ARRAIGNMENT |
| BEFORE HON.<br>K. A. WESTMORE | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED UNDER RULE 5.1 | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 FROM 4/20/25 TO 5/5/25 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ STATUS ON PENDING SUP. REL. VIOLS. |

## ADDITIONAL PROCEEDINGS

Entire case ordered unsealed. DPPA advisement to Govt's Counsel. Deft. informed the court that he has a lawyer on retainer but he still needs to contact the lawyer. Parties have reached an agreement re: terms & conds. of release of the Deft. except the parties asked the court to add a language about the Deft's internet access & what device the Deft. can have as an addt'l. condition. Discovery shall be provided by the Govt's Counsel to the defense as soon as the Deft's Counsel is identified.
cc: Cindy; Pret. Svcs.